A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELORES RODRIGUEZ, | Case No.: 2:11-cv-00207-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., a Foreign Corporation, and JOHN DOES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

1    party's own costs and attorney's fees.

2    DATED this 8th day of May, 2012.          DATED this 8th day of May, 2012.

3    **LAW OFFICE OF VICTOR LEE MILLER**      **PHILLIPS, SPALLAS & ANGSTADT**

4    /s/ Victor Lee Miller                    /s/ A. J. Sharp

5    Victor Lee Miller, Esq.                  A. J. Sharp, Esq.

6    935 South Decatur Boulevard              504 South Ninth Street
     Las Vegas, NV 89107                      Las Vegas, Nevada 89101
7    *Attorney for Plaintiff*                 *Attorneys for Defendant*
     *Delores Rodriguez*                      *Wal-Mart Stores, Inc*
8

9

10                              **ORDER**

11          PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12   it is hereby:

13
14          ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

15   with prejudice, each party to bear that party's own costs and attorney's fees.

16          DATED  May 9, 2012.

17

18                              _____

19                              U.S. DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

                              - 2 -