A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELORES RODRIGUEZ,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Foreign Corporation, and JOHN DOES I through X, inclusive,<br><br>             Defendants. | Case No.: 2:11-cv-00207-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 8th day of May, 2012.                DATED this 8th day of May, 2012.

**LAW OFFICE OF VICTOR LEE MILLER**            **PHILLIPS, SPALLAS & ANGSTADT**

/s/ Victor Lee Miller                           /s/ A. J. Sharp

Victor Lee Miller, Esq.                         A. J. Sharp, Esq.
935 South Decatur Boulevard                     504 South Ninth Street
Las Vegas, NV 89107                             Las Vegas, Nevada 89101
*Attorney for Plaintiff*                        *Attorneys for Defendant*
*Delores Rodriguez*                             *Wal-Mart Stores, Inc*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED May 9, 2012.

_____
**U.S. DISTRICT COURT JUDGE**